| AO-10 Rev.1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report required by the Ethics in Government A t of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>BRYSON, William C | 2. Court r Organization<br><br>US Ct.Appeals Federal Circuit | 3. Date of Report<br><br>4/29/05 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge-Active | 5. ReportType (check appropriate type)<br><br>○ Nomination   Date<br><br>○ (nitial)   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/04<br>to<br>12/31/04 |
| 7. Chambers or Office Address<br><br>717 Ma ison Pla e NW<br><br>Washington DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto. it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - ( o reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

RECEIVED MAY 4 9 39 AM '05

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Law partnership income - Bredhoff & Kaiser |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. The American Law Institute | Educational Mtg/November 13, 2004 Transportation Expenses |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Equitable Life Assurance Co.,IRA Diversified Fund NY,NY | B | Dividend | M | T | | | | | |
| 2. Riggs Bank | A | Interest | J | T | | | | | |
| 3. Citicorp Savings, Washington, DC | B | Interest | M | T | | | | | |
| 4. CMA Money Fund | A | Interest | J | T | | | | | |
| 5. Socorro TX Indpt Sch Dt | | None | K | T | | | | | |
| 6. Baltimore MD Prin M-Raes | | None | K | T | | | | | |
| 7. Michigan Municipal Bond Authority | | None | K | T | | | | | |
| 8. Maricopa Co AZ Sch Dt 28 | | None | K | T | | | | | |
| 9. Metro Pier-Exp at IL DED St Tax Rev A 6.55% FGIC | | None | K | T | | | | | |
| 10. Montgomery Co. MD Cons | | None | M | T | | | | | |
| 11. Chicago IL Brd Ed Lease CTF-A 6.5%CI MBIA | | None | K | T | | | | | |
| 12. Loomis Sayles Funds | C | Dividend | K | T | | | | | |
| 13. Maryland St Transn Auth Transn FACS 6.33%CI FGIC | | None | L | T | | | | | |
| 14. Harris Cnty TX Toll Rd RV SB Lien A6.25%CI MBIA | | None | K | T | | | | | |
| 15. Penn Hills PA Ser B 5.4%CI Jan94 00.000%Dec01 08 | | None | K | T | | | | | |
| 16. Washington St Pps Sys NP Jun90 00.000%Jul01 07 | | None | J | T | | | | | |
| 17. AIM Global Aggressive Fund Class A | A | Dividend | | T | SELL | 4-14 | M | | |
| 18. AIM Aggressive Growth | A | Dividend | | T | SELL | 4-14 | K | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BRYSON, William C | 4/29/05 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Davis New York Venture Fund | A | Dividend | L | T | | | | | |
| 20. Sun Trust Bank | A | Interest | J | T | | | | | |
| 21. Erie PA Sch Dist MBIA 05/01/2011 | | None | J | T | | | | | |
| 22. Fidelity Spartan Fund | C | Dividend | L | T | | | | | |
| 23. Will Cnty IL Cmnty Unit Sch Dist No 201 | | None | L | T | | | | | |
| 24. AIM Capital Development | A | Dividend | | T | SELL | 4-14 | K | | |
| 25. Mass Investors | A | Dividend | | T | SELL | 9-10 | L | | |
| 26. CMA Money Fund | A | Interest | J | T | | | | | |
| 27. Wachovia Bank | A | Interest | M | T | | | | | |
| 28. AIG/American Intl Group, Inc. | A | Dividend | J | T | | | | | |
| 29. Ventas REIT | A | Dividend | J | T | | | | | |
| 30. Govt Trust Certificate, Israel Class 3-C | | None | K | T | | | | | |
| 31. Davis New York Venture Fund | E | Dividend | M | T | PARTIAL | 9-15 | L | | |
| 32. AIM High Yield | A | Dividend | | T | SELL | 4-14 | K | | |
| 33. AIM Aggressive Growth Fund | A | Dividend | | T | SELL | 4-14 | K | | |
| 34. US Treasury Strips Nov 15 2013 | | None | K | T | | | | | |
| 35. AIM Capital | D | Dividend | | T | SELL | 4-14 | M | | |
| 36. AIM Global Aggressive | A | Dividend | | T | SELL | 4-14 | J | | |



1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BRYSON, William C | 4/29/05 |

## VII. INVESTMENTS and TRUSTS  — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Duke Weeks Rlty Corp | A | Dividend | | T | SELL | 9-10 | K | | |
| 38. National Rural Utilities | | None | K | T | | | | | |
| 39. Cousins Props | A | Dividend | K | T | | | | | |
| 40. Massachusetts Investors | A | Dividend | | T | SELL | 9-10 | L | | |
| 41. Health Care PPTYS Inv | C | Dividend | L | T | | | | | |
| 42. Kindred Health Care | A | Dividend | J | T | | | | | |
| 43. Allied Capital | A | Dividend | K | T | | | | | |
| 44. Alexandria REIT | B | Dividend | . | T | SELL | 9-10 | K | | |
| 45. Developers Dvsfd | B | Dividend | J | T | | | | | |
| 46. American AmCap | A | Dividend | M | T | | | | | |
| 47. American Growth Fund | A | Dividend | M | T | | | | | |
| 48. Lord Abbett | B | Dividend | L | T | | | | | |
| 49. MFS Value Fund | A | Dividend | M | T | | | | | |
| 50. Virginia Comwlth Transn | | None | L | T | | | | | |
| 51. Windsor CA Uni Sch Dist | | None | K | T | | | | | |
| 52. AIM Capital Development | A | Dividend | | T | SELL | 4-14 | L | | |
| 53. Carr America | A | Dividend | J | T | BUY | 9-10 | | | |
| 54. Carr America | A | Dividend | | T | SELL | 11-16 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $25,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BRYSON, William C | 4/29/05 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | 2 Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Calamos Growth Fund | A | Dividend | N | T | BUY | 4-14 | | | |
| 56. Simon Property Group | A | Dividend | K | T | BUY | 11-16 | | | |
| 57. Mills REIT | A | Dividend | K | T | BUY | 9-10 | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and B4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature       Date April 25, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544